## BENTLEY v. STATE.
### No. 24026.

Court of Criminal Appeals of Texas.
April 28, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of burglary, appellant was assessed a punishment of five years' confinement in the penitentiary.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.